02 29654 GEC

(Official Form 1) (9/01)

FORM B1 | **United States Bankruptcy Court** District of Utah, Central Division | **Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>SMITH, J. WESTON | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>SMITH, PATRICIA L. |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>4889 S. 4380 W.<br>KEARNS, UT 84118 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>4889 S. 4380 W.<br>KEARNS, UT 84118 |
| County of Residence or of the Principal Place of Business: SALT LAKE | County of Residence or of the Principal Place of Business: SALT LAKE |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>■ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____ | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7    ☐ Chapter 11    ■ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ■ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ | | |
|---|---|---|---|---|---|---|---|---|
| Estimated Assets | $0 to $50,000 ■ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ■ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

THIS SPACE IS FOR COURT USE ONLY

FILED IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH 2002 JUN 11 P 4: 14 BY DEPUTY CLERK

0229654D1

**PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS**  02  2 9 6 5 4 GEC

DEBTORS' FILED A CHAPTER 7, BANKRUPTCY 7/29/98, CASE DISCHARGED 12/1/98

**REQUEST FOR RELIEF**

Debtors request relief in accordance with Chapter 13 of Title 11, United States Code.

**SIGNATURES**

_____    6/11/02
JUSTIN O. BURTON (6506)            Date

We declare, under penalty of perjury, that the information provided in this petition is true and correct, to the best of our knowledge and belief.

_____    6/11/02
Petitioner                         Date

_____    6/11/02
Patricia J. Smith                  Date
Petitioner

We are aware that we may proceed under Chapter 7, 11 or 13 of Title 11, United States Code. We understand that relief under said chapters and choose to proceed under Chapter 7 of our own free will and choice.

_____    6/11/02
Petitioner                         Date

_____    6/11/02
Patricia J. Smith                  Date
Petitioner

**EXHIBIT B TO CHAPTER 13 PETITION**

I, Justin O. Burton, attorney for Debtors in the forgoing petition, declare that I have informed the Debtors that they may proceed under Chapter 7, 11 or 13 of Title 11, United States Code, and have explained the relief available under Chapters 7, 11 and 13.

_____    6/11/02
JUSTIN O. BURTON (6506)            Date

**EXHIBIT C TO CHAPTER 13 PETITION**

Do the Debtors own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes and Exhibit C is attached and made part of this petition.
■ No