# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re: **Smith**　　　　　　DEC 27　3 16 PH '02

Case No. **02C-29654**
Chapter **13**

Debtor(s).　Trustee: **Anderson**

## AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION: ____ REOPENING: Yes ___ No ___ CONVERSION (13 to 7): Yes ___ No ___
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions only!

2. SCHEDULES: A___ B___ C___ D___ E___ F___ G___ H___ I **X** J **X**
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing ___ Adding ___ ($20 amendment fee required for D, E, & F.)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: **X**
4. STATEMENT OF AFFAIRS: ___
5. AMENDED CHAPTER 13 PLAN: ___

> If you have amended schedules D, E, F by adding a creditor, you owe $20.00 amendment fee. Fee attached_____
>
> If schedules D, E, F were amended but no creditors added no fee necessary. No fee attached_____
> Reason no fee is attached_____

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> _/s/_　12/27/02　　　_Patricia J Smith_　12/27/02
> Debtor　Date　　　　　Debtor　Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes **X** No ___

ATTORNEY FOR DEBTOR(S)

---

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

**n/a**

___ 341 Notice to creditors added by this amendment.
___ Discharge Notice to creditors added by this amendment.
___ Amended Chapter 13 Plan to all creditors.

DATED　　　　　SEC TO　ATTORNEY FOR DEBTOR(S)


0229654D8

In re  J. WESTON SMITH,  
      PATRICIA L. SMITH  
                        Debtors

Case No. __02C-29654__

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | SHANE J. SMITH | 15 | SON |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | MAINTENANCE | PROPERTY MANAGER |
| Name of Employer | LEXINGTON SQUARE APTS | SPRING MEADOWS APTS |
| How long employed | 1/28/02 TO PRESENT | 1/23/02-PRESENT |
| Address of Employer | 780 N 900 W<br>SLC, UT 84111-0000 | 4115 S 430 E<br>MURRAY, UT 84107-0000 |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2,947.00 | $ 2,948.00 |
| Estimated monthly overtime | $ 200.00 | $ 0.00 |
| SUBTOTAL | $ 3,147.00 | $ 2,948.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 764.00 | $ 751.00 |
| b. Insurance | $ 109.00 | $ 339.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 873.00 | $ 1,090.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,274.00 | $ 1,858.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,274.00 | $ 1,858.00 |
| TOTAL COMBINED MONTHLY INCOME | $ 4,132.00 | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  J. WESTON SMITH,  
PATRICIA L. SMITH  

Case No. __02C-29654__

Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Expense | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $775.00 |
| Are real estate taxes included? Yes___ No_X_ | |
| Is property insurance included? Yes___ No_X_ | |
| Utilities: Electricity and heating fuel | $150.00 |
| Water and sewer | $0.00 |
| Telephone | $57.00 |
| Other __CABLE__ | $35.00 |
| Home maintenance (repairs and upkeep) | $100.00 |
| Food | $350.00 |
| Clothing | $100.00 |
| Laundry and dry cleaning | $30.00 |
| Medical and dental expenses | $100.00 |
| Transportation (not including car payments) | $200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| Charitable contributions | $0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $22.00 |
| Life | $0.00 |
| Health | $0.00 |
| Auto | $164.00 |
| Other | $0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) __AUTO__ | $30.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $0.00 |
| Other __INTERNET__ | $35.00 |
| Other __CELLULAR PHONES__ | $90.00 |
| Other | $0.00 |
| Alimony, maintenance, and support paid to others | $0.00 |
| Payments for support of additional dependents not living at your home | $0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| Other __SCHOOL LUNCH & ACTIVITIES__ | $60.00 |
| Other __HAIR CARE__ | $25.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$2,423.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income ... $4,132.00  
B. Total projected monthly expenses ... $2,423.00  
C. Excess income (A minus B) ... $1,709.00  
D. Total amount to be paid into plan each __Monthly__ ... $1,709.00  
(interval)