```
UNITED STATES BANKRUPTCY COURT                          SMITH UT0486
FOR THE DISTRICT OF UTAH
------------------------------
In re:
    J W SMITH                                In Proceedings for a Repayment
    PATRICIA SMITH                           Plan Under Chapter 13

    4889 S 4380 W                            Case No    : 02-29654-GEC
    SALT LAKE CITY, UT  84118                Tee Clm No : 5
                        Debtor(s)            Amount     : $4,234.71
```

**JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO
FRBP RULE 3001(e)(2) AND WAIVER OF OPPORTUNITY TO OBJECT**

Providian National Bank (the "Seller/Transferor/Assignor") and eCAST Settlement Corporation (the "Purchaser/Transferee/Assignee") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Credit Card Purchase and Sale Agreement dated September 20, 2002 by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e)(2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be immediately substituted upon the docketing of this Joint Notice of Transfer of Claim for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it waives it's right to receive notice of the transfer and declines its opportunity to object under FRBP 3001(e)(2).

The original Proof of Claim may have been filed under the following name(s):
FIRST DEPOSIT NATIONAL BANK

Dated: 03/05/2003

| SELLER/ASSIGNOR/TRANSFEROR: | PURCHASER/ASSIGNEE/TRANSFEREE: |
|---|---|
| Providian National Bank | eCAST Settlement Corporation |
| 5040 Johnson Drive -Bldg A | P.O. Box 35480 |
| Pleasanton, CA 94588 | Newark, NJ 07193-5480 |
| | |
| Telephone: 800-266-5380 | Telephone: 610-644-7800 (Servicer) |
| | Telecopy:  610-993-8493 (Servicer) |

By: (SEE ATTACHED WAIVER)       By: _____
                                SHARON SINANAN, OFFICER
                                KEVIN LEDERMAN, OFFICER
                                TINA TOWNES, OFFICER
                                ARLENE PARTAIN, OFFICER
                                DINA ALCANTARA, OFFICER
                                EDNA MALDONADO, OFFICER

(05)4031142700720852   PVN20074
    4031142700720852


0229654D11



Providian National Bank
295 Main Street
Tilton, NH 03276


PROVIDIAN
*National Bank*

(603) 256-4348

# WAIVER OF NOTICE OF TRANSFER OF CLAIM

Providian National Bank ("Transferor") has sold and assigned certain claims to eCAST Settlement Corporation ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 245 Park Avenue New York, New York. Said claims arise from consumer credit accounts issued to individuals who have filed petitions commencing cases under the Bankruptcy Code.

Proofs of claim with respect to the Accounts may have been filed under any of the following names:

> Providian National Bank
> First Deposit National Bank
> Providian Bancorp Services

And other names listed in Attachment #1

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 29 day of May, 2001.

Dated: 5/29, 2001

TRANSFEROR
PROVIDIAN NATIONAL BANK

By: _____
Name: Kirk Inglis
Title: Senior Vice President