Kevin R. Anderson , Bar #4786
STANDING CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2006 SEP -5 P 3: 10

DISTRICT OF UTAH
DEPUTY CLERK

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE: WESTON J. SMITH<br>PATRICIA L. SMITH | Case No. 02C-29654<br><br>Chapter 13<br><br>JUDGE GLEN E. CLARK |
|---|---|

### DECLARATION OF TRUSTEE
### REGARDING DEPOSIT OF UNCLAIMED FUNDS

KEVIN R. ANDERSON , the duly appointed acting, Standing Chapter 13 Trustee ("Trustee") in the above-captioned case declares, under penalty of purjury, that:

The following payees were issued disbursements in the amounts set forth below. The disbursement checks listed were not negotiated within 90 days of issuance, or have been returned to the Trustee as undeliverable by the Post Office, or the Trustee has been unable to obtain a current address of the payee. The Trustee has issued a stop payment on the listed check.

| Payee Name & Address (last known) | Check Amount |
|---|---|
| STATE LINE CASINO<br>P.O. BOX 729<br>WENDOVER, UT 84083 | $ 4,800.00 |

The above listed addresses are the last known addresses for the payees on the list. The checks in question total $4,800.00 . This total represents unclaimed funds which the Trustee does herewith pay into the registry of the United States Bankruptcy Court for the District of Utah.

Dated: Sept. 5, 2006

KEVIN R. ANDERSON ,
Standing Chapter 13 Trustee



0229654D39



## CERTIFICATE OF MAILING

     I the undersigned, an employee of the Standing Chapter 12/13 Trustee do hereby certify that a true and correct copy of the foregoing Declaration of Trustee Regarding Deposit of Unclaimed Funds was properly addressed, posted in the U.S. Mail, first-class, postage prepaid on the ___5___ day of _September_, 2006 to the following parties at the addresses listed below:

PATRICIA L. SMITH
WESTON J. SMITH
6890 SOUTH MULLIEN DR
WEST JORDAN, UT 84084

JUSTIN O. BURTON
RULON T. BURTON & ASSOCIATES
6000 SO. FASHION BLVD. MURRAY, UT 84107

_____
Employee of Office of
Standing Chapter 13 Trustee

Page 2
Case No. 02C-29654
Deposit of Unclaimed Funds
Prepared by: ML   (fg #156)