**The below described is SIGNED.**

**Dated: July 19, 2010**

/s/ J T Marker
JOEL T. MARKER
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re:<br>J. Weston Smith & Patricia L. Smith<br>6890 South Mullien Drive<br>West Jordan, UT 84084<br>SSN/TIN: xxx-xx-2948 & xxx-xx-7241<br>Debtor(s) | Case No: 02-29654<br>Chapter 13 |
|---|---|

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to State Line Casino, in the amount of $4,800.00 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered on 9/6/2006 to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Wendover Nugget Hotel and Casino C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $4,800.00, to:

Wendover Nugget Hotel and Casino
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

Application submitted by:
Dilks & Knopik, LLC
Brian J. Dilks, Managing Member
Attorney-in-fact for Wendover Nugget Hotel and Casino
PO Box 2728
Issaquah, WA 98027-0125
Ph: (425) 836-5728
Fx: (425) 650-9930
Brian.dilks@dilksknopik.com

- end of order -